IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MELISSA RENA RETHERFORD                                                             PLAINTIFF

v.                              CASE NO. 2:23-cv-2126

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                    DEFENDANT

# ORDER

The Court has received proposed findings and recommendations (Doc.17) from United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this August 19, 2024.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE